# LaMonica Herbst & Maniscalco, LLP

*Moving Forward. Staying Ahead.®*

**Holly R. Holecek, Esq.**
**Partner**
Direct Dial: 516.804.1558
hrh@lhmlawfirm.com

August 3, 2021

**BY ECF**
Honorable David S. Jones
United States Bankruptcy Judge
U.S. Bankruptcy Court, SDNY
One Bowling Green
New York, New York 10004-1408

*LaMonica, as Trustee v. Niamehr*
**Adv. Pro. No. 21−01164−DSJ**

Dear Judge Jones:

This letter shall confirm that the initial pre-trial conference in the above-captioned adversary proceeding was adjourned on consent from August 5, 2021 at 10:00 a.m. to **August 26, 2021 at 10:00 a.m.**

Respectfully submitted,

*s/ Holly R. Holecek*
Holly R. Holecek, Esq.

HRH/bhs
cc:    Michael J. Kasen, Esq. (by ECF)
       Salvatore LaMonica, as Trustee