**LaMONICA HERBST & MANISCALCO, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: (516) 826-6500
Gary Herbst, Esq.
Cristina M. Lipan, Esq.
*Counsel to Plaintiff Salvatore LaMonica, Solely as Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 7 |
| ONLINE DIAMONDS INTERNATIONAL CORP. d/b/a ENCHANTED DIAMONDS d/b/a ENCHANTEDDIAMONDS.COM, | Case No.: 19-12042 (DSJ) |
| Debtor. | |

-------------------------------------------------------------------x

| | |
|---|---|
| SALVATORE LAMONICA, solely in his capacity as Chapter 7 Trustee of the Estate of Online Diamonds International Corp. d/b/a Enchanted Diamonds d/b/a Enchanteddiamonds.com, | Adv. Pro. No.: 21-01164 (DSJ) |
| Plaintiff, | |
| -against- | |
| JOSHUA NIAMEHR, | |
| Defendant. | |

-------------------------------------------------------------------x

## NOTICE OF HEARING

**PLEASE TAKE NOTICE**, that on **February 10, 2022 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, a status conference (the "Hearing") shall be held at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408 (the "Bankruptcy Court"), before the Honorable David S. Jones, United States

Bankruptcy Judge, using Zoom for Government,[1] on the status of the complaint of Salvatore LaMonica, solely in his capacity as Chapter 7 Trustee, against Joshua Niamehr, in this adversary proceeding.

| | |
|---|---|
| Dated: November 23, 2021<br>Wantagh, New York | **LAMONICA HERBST & MANISCALCO, LLP**<br>*Counsel to Plaintiff Salvatore LaMonica,*<br>*solely as Chapter 7 Trustee* |
| | By: *s/ Gary F. Herbst*<br>Gary F. Herbst, Esq.<br>Cristina M. Lipan, Esq.<br>3305 Jerusalem Avenue, Suite 201<br>Wantagh, New York 11793<br>Telephone: (516) 826-6500 |

---

[1] Any party appearing at, listening to, or observing the Hearing, must make an electronic appearance, an eCourtAppearance, by using the eCourtAppearance portal located on the Court's website, https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.