**LaMonica Herbst & Maniscalco, LLP**

*Moving Forward. Staying Ahead.®*

**Gary F. Herbst, Esq.**
Member
Main: 516.826.6500
gfh@lhmlawfirm.com

February 3, 2022

**BY ECF**
Honorable David S. Jones
United States Bankruptcy Judge
U.S. Bankruptcy Court, SDNY
One Bowling Green
New York, New York 10004-1408

> *In re Online Diamonds International Corp. d/b/a Enchanted Diamonds d/b/a Enchanteddiamonds.com*
> **Ch. 7 Case No. 19-12042-DSJ**
>
> *Salvatore LaMonica, as Trustee v. Joshua Niamehr*
> **Adv. Pro. No. 21−01164−DSJ**

Dear Judge Jones:

This office represents Salvatore LaMonica, the chapter 7 trustee (the "Trustee") of Online Diamonds International Corp. d/b/a Enchanted Diamonds d/b/a Enchanteddiamonds.com (the "Debtor"), and the Plaintiff in the above-referenced adversary proceeding. Joshua Niamehr ("Niamehr") was the Debtor's principal and the Defendant in the above-referenced adversary proceeding.

At the last status conference held on November 18, 2021, the parties appeared before Your Honor, setting a further status conference to February 10, 2022 and discussing the probable need for further adjournment. Specifically, we are exploring a potential sale of assets with Niamehr's cooperation. Further, there are other claims the Trustee is pursuing and negotiating, that may directly impact the estate's claims against Niamehr. Accordingly, additional time is needed to explore these issues.

On consent of all parties, we respectfully request an adjournment of the status conference scheduled for February 10, 2022 at 10:00am to approximately the beginning of May 2022.

Respectfully submitted,

*s/ Gary F. Herbst*
Gary F. Herbst, Esq.

cc:   Michael J. Kasen, Esq. (by ECF)
      Salvatore LaMonica, as Trustee